**Joseph T Sucec, Esq**
**PO Box 317**
**Grantham, PA 17027**

**October 17, 2017**

To:   Hon. Richard P. Conaboy, US District Judge
Re:   Morgan v Comenity Bank, 3:17-cv-1615

Judge Conaboy:

Kindly note that the parties have settled the above matter, eliminating the need for the Status Conference scheduled by this Court for October 18, 2017 at 10:00 am. The parties are currently exchanging the necessary paperwork.

Respectfully submitted

/s/ Joseph T. Sucec, Esq
_____
Attorney for Plaintiff (PA74482)