IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Margaret Morgan

    Plaintiff,  : (Judge Conaboy)
vs.
    :3:17-CV-1615

Comenity Bank

    Defendant.

FILED
SCRANTON
OCT 18 2017
Per_____
DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within (60) days, to reinstate the action if the settlement is not consummated.

Richard P. Conaboy
United States District Judge

DATE: October 18, 2017